**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-50054-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Hiban Molina Camacho, | |
| Defendant. | |

Before the Court is Defendant's *pro se* Motion for Early Release of Probation[1] (Doc 2). The Government has filed a Response (Doc 4). For the forgoing reasons, currently the Court denies the Motion.

This Court accepted jurisdiction over the Defendant's case on February 28, 2022 from the Northern District of Texas. Following his conviction for Conspiracy to Possess with Intent to Distribute a Controlled Substance, that Court imposed a sentence of seventy-months in federal custody followed by a three-year supervised release term. (Doc 1-2).

Defendant states that he was released from custody in October 2020 to a half-way house, that he has completed substance use treatment and has since become employed. (Doc. 2 at 2). These are all signs of positive progress. However, the Government points out that it has become aware that there is an active Department of Child Safety case upon the Defendant and his girlfriend. (Doc. 4 at 1). Both the Government and the Defendant's assigned probation officer would like additional time to determine the outcome and/or

---

[1] Defendant is not serving a term of probation. He is serving a term of supervised release following his custody term.

findings of that case. (*Id*. at 2). Given that this information is relevant to the Defendant's Motion, the Court would also like additional time to review the outcome of the pending matter. Accordingly, currently the Court denies the Defendant's Motion.

**IT IS ORDERED** denying the Defendant's Motion (Doc. 2) without prejudice.

Dated this 18th day of May, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge